MISCILAW J. JOZWIAK, Respondent, v. ADAM JOZWIAK, Appellant, et al.,
Defendant.—

Present — Foster, P. J., Bergan,
Coon, Halpern and Zeller, JJ.